UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR00-00048-MJP |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| ANDREW BAILEY HIGGINS, | |
| Defendant. | |

An initial hearing on supervised release revocation in this case was scheduled before the undersigned Magistrate Judge on June 22, 2005. The United States was represented by Assistant United States Attorney Floyd Short, and the defendant by Ms. Juanita Holmes for Ms. Jacqueline Walsh. The proceedings were recorded on cassette tape.

Defendant had been sentenced on or about May 1, 2000, by the Hon. Marsha J. Pechman on a charge of bank fraud, and sentenced to one month in custody, followed by five years of supervised released.

The conditions of supervised release included requirements that defendant comply with all local, state, and federal laws, and with the standard conditions of supervision. Other special conditions included participating in a substance-abuse-treatment program, search and seizure, financial disclosure, no new credit, no firearms, and restitution.

In an application dated May 12, 2005, U.S. Probation Officer Brieanne Olson alleged the following violations of defendant's conditions of supervised release:

1.   Failing to submit a truthful and complete written report within the first five days of each month since June of 2004, in violation of his standard condition No. 2; and

2.   Failing to make monthly restitution payments in the amount of $150.00, in violation of his general condition directing him to do so.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted to both of the alleged violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged and that the Court conduct a hearing limited to the issue of disposition.  A disposition hearing should be set before the Hon. Marsha J. Pechman on violations No. 1 and No. 2.

Pending a final determination by the Court, defendant has been released, subject to supervision.

DATED this 27th day of June, 2005.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:          The Hon. Marsha J. Pechman
      AUSA:                    Mr. Floyd G. Short
      Defendant's attorneys:   Ms. Jacqueline Walsh
                               Ms. Juanita Holmes
      Probation officer:       Ms. Brieanne Olson